Mary C. Gass Mueller, appellee, v. Edward J. Cruse, appellant.

Opinion filed March 4, 1937.

James O. Miller, for appellant. James J. Hickey and H. Grady Vien, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

City of Eldorado et al., appellees, v. The Eldorado Water Company, appellant.

Opinion filed March 4, 1937.

A. W. Summers, for appellant. Harry J. Flanders and W. W. Damron, for appellees.

Mr. Justice Murphy delivered the opinion of the court.